DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE ANTHONY HERNANDEZ,**
Appellant,

v.

**REBECCA L. HEIKKA,**
Appellee.

No. 4D19-2820

[October 1, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 07-8440 CACE (14).

Frances Guasch de la Guardia and Suzanne Aldahan of Holland & Knight LLP, Miami, for appellant.

Kenneth D. Cooper, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***